IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 8:20-cv-2679 |
| vs. | § § | PATENT CASE |
| GOZONE WIFI, LLC | § § § | |
| Defendant. | § § | |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against GoZone WiFi, LLC ("Defendant" or "GoZone") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4. On information and belief, Defendant is a Florida limited liability company with a place of business at 1126 Central Ave., Saint Petersburg, FL 33705. On information and belief, Defendant may be served through its registered agent, Todd Myers, at the same address.

5. This Court has personal jurisdiction over Defendant because Defendant has

committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including at least Claim 1 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the

GoZone Proximity marketing system, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14.     Regarding Claim 1, the Product is configured for customers to receive a media file (e.g. notification or offer) by a media terminal (e.g. smartphone) from a media node (e.g. WiFi terminal) over a communication network (e.g. wireless network) through a communication link. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.







**Offering WiFi in itself will attract customers.**

People depend on internet connectivity. If a customer is choosing between two restaurant venues, they will be more likely to consider places that provide free WiFi. If your venue is one of them, that will likely increase your business, especially if your competition doesn't have WiFi. Even large enterprises find a customer experience value in offering guest WiFi.

**Results**

**With a WiFi Marketing platform Big Fun Bowling Center could:**

- Increase their customer lists by 1100
- Send 2,250 new marketing emails
- Expand their social reach with 67.5 check-ins and 135 new Facebook Likes
- Generate $336.00 additional monthly revenue*.

Source: https://www.gozonewifi.com/wifi-marketing/
Source: https://www.gozonewifi.com/wp-content/uploads/2018/10/Turn_Up_Revenue_ebook_GoZone_WiFi.pdf

15. The Product includes at least one media terminal in an accessible relation to at least one interactive computer network. For example, the Product detects a smartphone (at least one media terminal) in range of the WiFi signals. Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.gozonewifi.com/wifi-marketing/
Source: https://www.gozonewifi.com/wp-content/uploads/2018/10/Turn_Up_Revenue_ebook_GoZone_WiFi.pdf
Source: https://www.gozonewifi.com/smart-wifi-changes-the-data-game-for-casinos-and-casino-loyalty/

16.     The Product includes a wireless range structured to permit authorized access to said at least one interactive computer network.  For example, the WiFi signals detect the smartphone when the smartphone is within a certain wireless range.  When within the wireless range, the smartphone can access the wireless network (interactive computer network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.gozonewifi.com/ads4wifi/
Source: https://www.gozonewifi.com/wifi-marketing/

17. The Product includes at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal. For example, the media node (WiFi server) sends out continuous signals which are detected by the smartphone (at least one media terminal) when the smartphone is within range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

### Advertising campaign delivery and management built for guest WiFi networks.

Ads4WiFi enables WiFi providers to earn additional revenue through WiFi advertising while enabling advertisers to reach a highly engaged mobile audience.

### Targeted advertising and brand promotion.

- Promote additional products, services, and programs to guests through an advertising landing page
- Track performances for advertisements with impression and click-through reports
- Offer third-party advertising opportunities to other businesses and increase their brand engagement



Guest Flow

Turn guest WiFi into a digital billboard with Guest Flow. Display multiple splash pages to your guests to enhance the captive portal experience and engage with customers.

Source: https://www.gozonewifi.com/ads4wifi/
Source: https://www.gozonewifi.com/marketing4wifi/

18. The Product includes at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range. For example, marketers can store promotional information within the server (media node) which is pushed to the media terminal (smartphone) when it detects or is detected by the network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.gozonewifi.com/ads4wifi/

19. The Product includes a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network. For example, when the app within the smartphone (media terminal) detects the network through the media node, it connects to a server through the network (interactive computer network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



**Guest Flow**

Turn guest WiFi into a digital billboard with Guest Flow. Display multiple splash pages to your guests to enhance the captive portal experience and engage with customers.

**Targeted advertising and brand promotion.**

► Promote additional products, services, and programs to guests through an advertising landing page

► Track performances for advertisements with impression and click-through reports

► Offer third-party advertising opportunities to other businesses and increase their brand engagement

Source: https://www.gozonewifi.com/marketing4wifi/
Source: https://www.gozonewifi.com/ads4wifi/

20. The communication link is initiated by said at least one media terminal. For example, the network is the link for communication between media terminal (smartphone) and merchant. The link is initiated by the smartphone (media terminal) when the smartphone (or app) detects the WiFi signal and joins the network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



**Guest Flow**

Turn guest WiFi into a digital billboard with Guest Flow. Display multiple splash pages to your guests to enhance the captive portal experience and engage with customers.

Source: https://www.gozonewifi.com/marketing4wifi/

21.     The at least one media node and said at least one media terminal are structured to transmit said at least one digital media file therebetween via said communication link.  For example, when the WiFi terminal (media node) detects a smartphone (media terminal), the merchant can target users by transmitting ads, notifications, etc. (digital media file) to be displayed on the smartphone (media terminal). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



22.   The communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal.  For example, the communication link is structured so that users have seamless authentication.  Thus, a user does not need to enter a password for the network each time the user comes within the network range (bypassing the security measure).  Users can receive notifications (digital media files) which on their smartphone (media terminal) from the merchant's WiFi terminal without going through the security measure.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with

other allegations herein.




23. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted

herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: November 13, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**RODRIGUEZ-ALBIZU LAW, P.A.**

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　759 SW Federal Highway, Suite 203
　　　　　　　　　　　　　　　　　　　　Stuart, FL 34994

　　　　　　　　　　　　　　By:　/s/ Gerardo J. Rodriguez-Albizu
　　　　　　　　　　　　　　　　　　　　Gerardo J. Rodriguez-Albizu, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 61685
　　　　　　　　　　　　　　　　　　　　E-mail: grodriguez@ralawpa.com