## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

DISPLAY TECHNOLOGIES, LLC,　　　§
　　　　　　　　　　　　　　　　　§
　　　　　Plaintiff,　　　　　　　§　　　Case No: 8:20-cv-02679
　　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　　§　　　PATENT CASE
　　　　　　　　　　　　　　　　　§
GOZONE WIFI, LLC　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　Defendant.　　　　　　　§
_____§

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for DISPLAY TECHNOLOGIES, LLC, a private non-governmental property, certifies

that the names of all associations, firms, partnerships, corporations, and other artificial entities

that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or

indirect pecuniary interest in the plaintiff's outcome in the case are below:

　　　　Patent Asset Management

Dated: November 13, 2020　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　**RODRIGUEZ-ALBIZU LAW, P.A.**
　　　　　　　　　　　　　　　　***Attorney for Plaintiff***

　　　　　　　　　　　　　　759 SW Federal Highway, Suite 203
　　　　　　　　　　　　　　Stuart, FL 34994

　　　　　　　　　　By:　　/s/ Gerardo J. Rodriguez-Albizu　　　　　
　　　　　　　　　　　　　　Gerardo J. Rodriguez-Albizu, Esq.
　　　　　　　　　　　　　　Florida Bar No. 61685
　　　　　　　　　　　　　　E-mail: grodriguez@ralawpa.com