# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 8:20-cv-02679-CEH-CPT |
| vs. § § | PATENT CASE |
| **GOZONE WIFI, LLC** § § | |
| Defendant. § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant GoZone WiFi, LLC, without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED: July 2, 2021.   Respectfully Submitted,

/s/
**GERARDO J. RODRIGUEZ-ALBIZU, Esq.**
Rodriguez-Albizu Law, P.A.
759 SW Federal Highway
Suite 203
Stuart, FL 34994
(772) 261-5080
Fax: (813) 649-8894

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record for Defendant are being served with a copy of this document via e-filing, on July 2, 2021.

*/s/*
**GERARDO J. RODRIGUEZ-ALBIZU, Esq.**