UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISPLAY TECHNOLOGIES, LLC,

    Plaintiff,

v.                                Case No: 8:20-cv-2679-CEH-CPT

GOZONE WIFI, LLC,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 11). In accord with the Notice of Voluntary Dismissal Without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal Without Prejudice is **APPROVED** (Doc. 11).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on July 5, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record